BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2729
Facsimile:  (916) 554-2886

TONY WEST
Assistant Attorney General
JOSHUA E.T. BRAUNSTEIN
Assistant Director
District Court Section
Office of Immigration Litigation
CRAIG A. DEFOE
Indiana State Bar No. 2707849
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-4114
Facsimile: (202) 305-7000
Email: craig.defoe@usdoj.gov

Attorneys for Respondents

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NHAN THANH NGUYEN, ) | 2:09-CV-01602 FCD KJM |
| ) | |
| Petitioner, ) | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| ) | |
| v. ) | |
| ) | |
| JANET NAPOLITANO, Secretary of ) Department of Homeland Security; ) MICHAEL AYTES, Deputy Director of ) US Citizenship and Immigration Services; ) and SUE CURDA, District Director of ) Sacramento US Citizenship and ) Immigration Services, ) | |
| ) | |
| Respondents. ) | |

United States Citizenship and Immigration Services will be reopening the matter at the administrative level.  The matter will be readjudicated within 30 days of the date of this Court's order dismissing the action.  Accordingly, the parties hereby stipulate to dismissal.

| | |
|---|---|
| DATED: November 19, 2009 | Respectfully submitted, |
| BENJAMIN B. WAGNER<br>United States Attorney | TONY WEST<br>Assistant Attorney General |
| /s/ Audrey B. Hemesath<br>Audrey B. Hemesath<br>Assistant U.S. Attorney | JOSHUA E.T. BRAUNSTEIN<br>Assistant Director |
| | /s/ Craig A. Defoe<br>CRAIG A. DEFOE<br>Trial Attorney<br>District Court Section<br>Office of Immigration Litigation<br>United States Department of Justice |
| /s/ Frank Man-Kit Tse<br>Frank Man-Kit Tse<br>Attorney for the Petitioner | |

**IT IS SO ORDERED.**

Dated: November 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE